953 F.2d 1381
 U.S.
v.
Davis (Bryan Paul, 'Shotgun'), Morgan (Lisa Ann), Woodford
(Kathryn Elizabeth), Hultman (Patricia Ann), Duchi (Richard
Lee), Lehman (Richard Lee), Parana (Yvonne Marie), Hess
(Charles R. Jr.), Patachek (Sandra L., 'Sandra Hess'), Smith
(Chester), Housler (Kevin James), Farnsworth (Robert Allen),
Icenhour (Michael), Lorenzo (Joseph W.), Trubic (Paul,
'Waynard'), Girts (Glenn E.), Barnes (Ronald Lee), Rossman
(Arthur John)
 NO. 91-3603
 United States Court of Appeals,
Third Circuit.
 Jan 29, 1992
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.